**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Nakia GARRUS, Appellant.**

Supreme Court of Pennsylvania.

Sept. 29, 2003.

Daniel H. Greene, Philadelphia, for Nakia Garrus.

Hugh J. Burns, Philadelphia, for Com., appellee.

Before CAPPY, C.J. and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

---

**3.** Based on the majority's conclusions, it would seem that a violation of Section 6108 in Philadelphia simultaneously establishes Section 6106 felony gradation, thereby precluding defendants who commit a Section 6106 offense within Philadelphia from misdemeanor gradation, although such conduct would constitute a misdemeanor everywhere else in the state. Thus, as a practical matter, the majority creates a disparate rule whereby violations of Section 6106 constitute a misdemeanor of the first degree, unless the violation occurs in Philadelphia, in which case the offense becomes a felony in the third degree.